DEPARTMENT OF SOCIAL SERVICES v. Ronnie PRITCHETT, et al.
(380 S. E. (2d) 430)

Supreme Court

June 9, 1989.

The Court has issued the following Order on Petition for Writ of Certiorari in the above entitled matter:
Petition for Writ of Certiorari denied.

Pamela K. SMITH v. S. C. DEPT. OF HEALTH
AND ENVIRONMENTAL CONTROL.
(380 S. E. (2d) 430)

Supreme Court

June 9, 1989.

The Court has issued the following Order on your Petition for Writ of Certiorari in the above entitled matter:
Petition for Writ of Certiorari denied.